UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALLEN BRANDYS,

    Plaintiff,

v.                                  Case No.: 2:18-cv-450-FtM-38MRM

R.V. WORLD, INC., OF NOKOMIS,

    Defendant.
                                    /

## **ORDER**[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation. (Doc. 31). Judge McCoy recommends granting the parties' Joint Motion for Approval of Settlement and to Dismiss the Case with Prejudice (Doc. 30) and approving the Settlement Agreement and Release of Wage Claims (Doc. 30-1) as a "fair and reasonable resolution of a bona fide dispute" between the parties. (Doc. 31). Neither party objects to the Report and Recommendation, and the time to do so has expired. The Report and Recommendation is ripe for review.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently, and upon considering Judge McCoy's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 31) is **ACCEPTED** and **ADOPTED** and the findings incorporated herein.

   a. The Joint Motion for Approval of Settlement and to Dismiss the Case with Prejudice (Doc. 30) is **GRANTED**.

   b. The Settlement Agreement and Release of Wage Claims (Doc. 30-1) as a "fair and reasonable resolution of a bona fide dispute" of this wage and hour suit.

(2) The above-captioned case is **DISMISSED with prejudice**.

(3) The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of January 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record